IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| PAUL WARREN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-033 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Having reviewed Plaintiff's motion to proceed *in forma pauperis* ("IFP") and the attached declaration in support of the motion, the Court **DIRECTS** Plaintiff to update his IFP motion within fourteen days of the date of this Order. Plaintiff shall clarify whether he receives $3,000 per month in Veterans Administration Benefits or he has received a total of $3,000 in benefits over the last twelve months. (See doc. no. 2, p. 3.) Upon receipt of the updated information, the Court will rule on the pending IFP request.

The Court also **DIRECTS** the **CLERK** to update the docket to reflect that Plaintiff is

represented by attorney Edward B. Claxton III.

SO ORDERED this 2nd day of April, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA